# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NORMA L. PALACIOS, | ) |
| | ) |
| Plaintiff, | ) Case No. 10-CV-01492 |
| | ) |
| vs. | ) Judge Samuel Der-Yeghiayan |
| | ) |
| KNOWLEDGE LEARNING CORP., | ) Magistrate Judge Jeffery Cole |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, counsel for Norma L. Palacios, Plaintiff herein, and Knowledge Learning Corporation, Defendant herein, hereby stipulate to the dismissal with prejudice of the instant action of Norma L. Palacios v. Knowledge Learning Corporation, Case No. 10CV01492. Each party shall bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| NORMA L. PALACIOS | KNOWLEDGE LEARNING CORP. |
| | |
| By: /s/ Denise M. Mercherson* | By: /s/ Daniel O. Canales |
|   Attorney for Plaintiff |   Attorney for Defendant |
| | |
| Denise M. Mercherson | Thomas E. Deer |
| Law Office of Denise M. Mercherson | Daniel O. Canales |
| 53 West Jackson Boulevard, Suite 1350 | Ogletree, Deakins, Nash, Smoak |
| Chicago, Illinois 60604 |   & Stewart, P.C. |
| 312/360-1522 | 155 N. Wacker Drive, Suite 4300 |
| | Chicago, Illinois 60606 |
| | 312/558-1220 |

Dated: December 13, 2010

*Signed electronically with the express authorization of Denise M. Mercherson.

9553022.1 (OGLETREE)